STATE v. GRIFFIN

No. 218P95

Case below: 118 N.C.App. 587

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

STATE v. HARDEN

No. 171P95

Case below: 118 N.C.App. 338

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

STATE v. HILL

No. 233A91-3

Case below: Superior Court

Petition by defendant for writ of certiorari to review the decision of the Buncombe County Superior Court denied 3 July 1995.

STATE v. HUGHES

No. 187P95

Case below: 118 N.C.App. 573

340 N.C. 361

Petition by Attorney General for writ of supersedeas denied 27 July 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied and temporary stay dissolved 27 July 1995.

STATE v. LYNTHACUM

No. 217P95

Case below: 118 N.C.App. 588

Petition by defendant discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.